AARON D. FORD
Nevada Attorney General
CHARITY F. FELTS
Senior Deputy Attorney General
Nevada Bar No. 10581
GERALD L. TAN
Deputy Attorney General
Nevada Bar No. 13596
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2121 (phone)
(775) 688-1822 (fax)
Email: cfelts@ag.nv.gov
        gtan@ag.nv.gov

*Attorneys for Defendants, State of Nevada-*
*Division of Public and Behavioral Health,*
*Joanne Malay, Jackie Arellano*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOCTOR AARON BOMER, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>STATE OF NEVADA-DIVISION OF PUBLIC AND BEHAVIORAL HEALTH (SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES, a division of the State of Nevada; JOANNE MALAY, an individual, JACKIE ARELLANO, an individual. JENNIFER SEXTON, and individual,<br><br>      Defendants. | Case No. 2:20-cv-00182-JCM-BNW<br><br><br>**STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants, STATE OF NEVADA-DIVISION OF PUBLIC and BEHAVIORAL HEALTH (SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES), and JOANNE MALAY, and JACKIE ARELLANO, by and through their attorneys, AARON D. FORD, Attorney General for the State of Nevada, CHARITY F. FELTS, Deputy Attorney General, and GERALD L. TAN, Deputy Attorney General, pursuant to LR IA 6-1, LR IA 6-2, hereby submit their Stipulation, Request, and Order Extending Time to Answer or Otherwise Respond to

1

Plaintiff's First Amended Complaint.  This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's First Amended Complaint.

Plaintiff Doctor Aaron Bomer filed a Complaint (ECF No. 1) on January 24, 2020. Plaintiff filed a First Amended Complaint (ECF No. 3) on January 29, 2020.   Plaintiff's complaint includes multiple defendants, including individual defendants. These Defendants have been served on various and different dates, with the deadline for Defendant Jackie Arellano to answer or otherwise respond to the First Amended Complaint being February 27, 2020, and other responsive deadlines being March 5, 2020, and March 6, 2020. This Stipulation and Order is being filed prior to the initial February 27, 2020, deadline.

The parties desire to set one date on which an answer or other responsive pleading from these Defendants is due.  Additionally, this extension is requested by Defendants' counsel to allow sufficient time to confer with the clients regarding the allegations set forth in the First Amended Complaint and to properly prepare an answer or other responsive pleading.  Plaintiff, at this initial stage of the case, will not be prejudiced by the extension of time.

Upon agreement by and between the parties, through their respective counsel, the undersigned counsel request this Court grant Defendants an extension of time, up to and including March 20, 2020, to file an answer or otherwise respond to Plaintiff's First Amended Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

By entering into this stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to Plaintiff's First Amended Complaint.

DATED: February 21, 2020

AARON D. FORD                                    MULLINS & TRENCHAK
Attorney General

By: ___*/s/ Charity F. Felts*___              By:___*/s/ Philip P. Trenchak*_____
    CHARITY F. FELTS                            PHILIP J. TRENCHAK, Esq.
    Deputy Attorney General                     Nevada Bar No. 9924
    Nevada Bar No. 10581                        VICTORIA C. MULLINS, Esq.
    GERALD L. TAN                               Nevada Bar No. 13546
    Deputy Attorney General                     1614 S. Maryland Parkway
    Nevada Bar No. 13596                        Las Vegas, Nevada 89104
    Office of the Attorney General              (702) 778-9444
    5420 Kietzke Lane, Suite 202                (775) 778-9449 (fax)
    Reno, NV 89511                              Email: phil@mullinstrenchak.com
    (775) 687-2141 (phone)
    (775) 688-1822 (fax)                    *Attorneys for Plaintiff Doctor Aaron Bomer*
    Email: cfelts@ag.nv.gov
          gtan@ag.nv.gov

*Attorneys for Defendants, State of Nevada-*
*Division of Public and Behavioral Health,*
*Joanne Malay, Jackie Arellano*


**IT IS SO ORDERED**


**DATED: February 24, 2020**


_____

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**