PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
VICTORIA C. MULLINS, ESQ.
Nevada State Bar No. 13546
Mullins & Trenchak, Attorneys at Law
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
E: victoria@mullinstrenchak.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DOCTOR AARON BOMER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA-DIVISION OF PUBLIC AND BEHAVIORAL HEALTH (SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES), a division of the State of Nevada, JOANNE MALAY, an individual, JACKIE ARELLANO, an individual, JENNIFER SEXTON, an individual,<br><br>Defendants. | CASE NO.: 2:20-cv-00182-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT [ECF No. 12] AND SPECIAL MOTION TO DISMISS [ECF No. 13]**<br>**(First Request)** |

Plaintiff, DOCTOR AARON BOMER (hereinafter "Plaintiff"), by and through his attorney, Philip J. Trenchak, Esq., of Mullins & Trenchak, Attorneys at Law, does hereby submit his stipulation to extend the time Plaintiff has to file a response to the Defendant's Motion to Dismiss Amended Complaint [ECF No. 12] and respond to the Special Motion to Dismiss [ECF No. 13]. The Response is currently due on April 03, 2020. The parties do hereby stipulate to an extension which would give Plaintiff up to and including April 24, 2020 to file a Response to the Motion to Dismiss the Amended Complaint and Special Motion to Dismiss.

///

This Stipulation is being entered into in good faith and not for the purposes of delay. Plaintiff has requested this request to provide adequate time to properly respond given the circumstances. Plaintiff's counsel also has ongoing medical issues which have necessitated this request.

IT IS SO STIPULATED BETWEEN THE PARTIES:

DATED this 1st day of April, 2020.　　　DATED this 1st day of April, 2020.

**AARON D. FORD**
**Attorney General**

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

/s/ Charity F. Felts
CHARITY F. FELTS
Senior Deputy Attorney General
Nevada Bar No. 10581
GERALD L. TAN
Deputy Attorney General
Nevada Bar No. 13596
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2121 (phone)
(775) 688-1822 (fax)
Email: cfelts@ag.nv.gov
gtan@ag.nv.gov
*Attorneys for Defendants*

/s/ Philip J. Trenchak
Philip J. Trenchak, Esq.
Nevada Bar No. 009924
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: Phil@mullinstrenchak.com
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 3, 2020