**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**DANA SNIEGOCKI, ESQ.**
Nevada Bar No. 11715
E-mail: dsniegocki@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: lasvegas@hkm.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| DOCTOR AARON BOMER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA-DIVISION OF PUBLIC AND BEHAVIORAL HEALTH (SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES), a division of the State of Nevada, JOANNE MALAY, an individual, JACKIE ARELLANO, an individual, JENNIFER SEXTON, an individual,<br><br>Defendants. | CASE NO.: 2:20-cv-00182-JCM-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND SPECIAL MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

The parties, by and through counsel of record, hereby stipulate and agree that Plaintiff will be granted an extension until **May 15, 2020** to file and serve a response to Defendants' Motion to Dismiss [ECF 12] and Special Motion to Dismiss [ECF 13]. Both motions were filed on March 20, 2020. Pursuant to a stipulation filed on April 1, 2020 [ECF 15, 17] the responses are due on April 24, 2020. Plaintiff recently obtained new counsel and additional time is

Page **1** of **2**

1  necessary to respond to the Motions so that new counsel can review the file and draft the appropriate response.

   This request for an extension is sought to accommodate Plaintiff's counsel's office and staff, who are currently working remotely due to the COVID-19 pandemic and were recently retained in this matter.  Thus, this request is made in good faith and not for the purpose of delay.

Dated:  April 27, 2020.

| HKM EMPLOYMENT ATTORNEYS LLP | NEVADA OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| By: /s/ Jenny L. Foley<br>JENNY L. FOLEY (Bar No. 9017)<br>MARTA D. KURSHUMOVA (Bar No. 14728)<br>1785 East Sahara, Suite 300<br>Las Vegas, Nevada 89104<br>Telephone: (702) 625-3893<br>Facsimile: (702) 625-3895<br>Email:  jfoley@hkm.com | By:/s/ Charity Felts<br>CHARITY FELTS (Bar No. 10581)<br>5420 Kietzke Lane, Suite 202<br>Reno, NV 89511<br>Telephone:775-687-2141<br>Fax: 775-688-1822<br>Email: cfelts@ag.nv.gov |

**ORDER**

IT IS SO ORDERED:

April 27, 2020
_____            _____
DATE                                UNITED STATES DISTRICT JUDGE