1  **JENNY L. FOLEY, Ph.D., ESQ.**
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   **MARTA D. KURSHUMOVA, ESQ.**
3  Nevada Bar No. 14728
4  E-mail: mkurshumova@hkm.com
   **HKM EMPLOYMENT ATTORNEYS LLP**
5  1785 East Sahara, Suite 300
   Las Vegas, Nevada 89104
6  Tel: (702) 625-3893
7  Fax: (702) 625-3893
   E-mail: jfoley@hkm.com
8  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DOCTOR AARON BOMER, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA-DIVISION OF PUBLIC AND BEHAVIORAL HEALTH (SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES), a division of the State of Nevada, JOANNE MALAY, an individual, JACKIE ARELLANO, an individual, JENNIFER SEXTON, an individual,<br><br>Defendants. | CASE NO.: 2:20-cv-00182-JCM-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS AND ANTI-SLAPP**<br><br>**(SECOND REQUEST)** |

The parties, by and through counsel of record, hereby stipulate and agree that Plaintiff will be granted an extension until **May 22, 2020** to file and serve a response to Defendants' Motion to Dismiss (ECF No. 12) and Defendants' Special Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 13).

On or about January 29, 2020, Plaintiff filed his Amended Complaint. On or about March 20, 2020, Defendant filed two Motions to Dismiss. On or about April 24, 2020, HKM Employment Attorneys LLP ("HKM") was substituted as counsel of record for Plaintiff in place

of Mullins & Trenchak, Attorneys at Law. Defendant graciously granted HKM Employment Attorneys LLP an extension until May 15, 2020 to respond to the Motions to Dismiss.

Plaintiff's new counsel was too optimistic about the sufficiency of that extension because the review of the file and of the claims has proven more protracted than originally anticipated. Unfortunately, HKM has experienced more than anticipated delays associated with Covid-19 and unexpected travel arrangements. More specifically, Dr. Jenny Foley had to travel to California to be at the German Consulate, necessitating out of state travel.

On or about May 15, 2020, the Parties agreed to extend the time for Plaintiff's response to **May 22, 2020** and the time for Defendants' reply to **June 19, 2020**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    This request for an extension is sought to accommodate plaintiff's counsel's office and staff, who are currently working remotely due to the COVID-19 pandemic and were recently retained in this matter. Thus, this request is made in good faith and not for the purpose of delay.

Dated: May 15, 2020.

| HKM EMPLOYMENT ATTORNEYS LLP | NEVADA OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| By: /s/ Jenny L. Foley<br>JENNY L. FOLEY (Bar No. 9017)<br>MARTA D. KURSHUMOVA (Bar No. 14728)<br>1785 East Sahara, Suite 300<br>Las Vegas, Nevada 89104<br>Telephone: (702) 625-3893<br>Facsimile: (702) 625-3895<br>Email: jfoley@hkm.com<br>Email: mkurshumova@hkm.com<br>*Attorneys for Plaintiff* | By:/s/ Gerald Tan<br>CHARITY FELTS (Bar No. 10581)<br>5420 Kietzke Lane, Suite 202<br>Reno, NV 89511<br>Telephone:775-687-2141<br>Fax: 775-688-1822<br>Email: cfelts@ag.nv.gov<br><br>GERALD L. TAN (Bar No. 13596)<br>Office of the Nevada Attorney General<br>555 E. Washington Ave. #3900<br>Las Vegas, NV 89101<br>702-486-3584<br>Fax: 702-486-3768<br>Email: gtan@ag.nv.gov |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 22, 2020