1  **JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
3  Nevada Bar No. 14728
4  E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
5  1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
6  Tel: (702) 625-3893
7  Fax: (702) 625-3893
E-mail: jfoley@hkm.com
8  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DOCTOR AARON BOMER, an Individual, | **CASE NO.: 2:20-cv-00182-JCM-BNW** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' SPECIAL MOTION TO DISMISS (ECF 13)** |
| STATE OF NEVADA-DIVISION OF PUBLIC AND BEHAVIORAL HEALTH (SOUTHERN NEVADA ADULT MENTAL HEALTH SERVICES), a division of the State of Nevada, JOANNE MALAY, an individual, JACKIE ARELLANO, an individual, JENNIFER SEXTON, an individual, | **(THIRD REQUEST)** |
| Defendants. | |

The parties, by and through counsel of record, hereby stipulate and agree that Plaintiff will be granted an extension until **May 26, 2020** to file and serve a response to Defendants' Special Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 13).

On or about January 29, 2020, Plaintiff filed his Amended Complaint. On or about March 20, 2020, Defendant filed two Motions to Dismiss. On or about April 24, 2020, HKM Employment Attorneys LLP ("HKM") was substituted as counsel of record for Plaintiff in place of Mullins & Trenchak, Attorneys at Law. Defendant graciously granted HKM Employment

Attorneys LLP an extension until May 15, 2020 to respond to the Motions to Dismiss. On or about May 15, 2020, the parties agreed to a second extension of time to submit a response to the Motions until May 22, 2020 which also extended the deadline for Defendants to submit a Reply in Support of their Motions.

Plaintiff's new counsel's continued review of the file and of the claims has proven more protracted than originally anticipated. Plaintiff's counsel has managed to complete their Response in Opposition to Defendants' Motion to Dismiss (ECF 12), which they willing be filing today, but is still preparing a response to Defendants' complex Special Motion to Dismiss (Anti Slapp) (ECF 13). In light of the complex nature of the Special Motion to Dismiss, additional time is needed to review, research, and respond to each of Defendants' arguments.

Accordingly, the Parties hereby agree to extend the time for Plaintiff's Response in Opposition to the Special Motion to Dismiss to **May 26, 2020** which, with the intervening Memorial Day holiday, constitutes a one (1) business day extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This request for an extension is sought to accommodate Plaintiff's counsel's office and staff, who are currently working remotely due to the COVID-19 pandemic, were only recently retained in this matter, and who are diligently working to address all issues raised in the Special Motion to Dismiss.  Thus, this request is made in good faith and not for the purpose of delay.

Dated:  May 22, 2020.

| HKM EMPLOYMENT ATTORNEYS LLP | NEVADA OFFICE OF THE ATTORNEY GENERAL |
|---|---|
| By: */s/ Jenny L. Foley* <br> JENNY L. FOLEY (Bar No. 9017) <br> MARTA D. KURSHUMOVA (Bar No. 14728) <br> 1785 East Sahara, Suite 300 <br> Las Vegas, Nevada 89104 <br> Telephone: (702) 625-3893 <br> Facsimile: (702) 625-3895 <br> Email:  jfoley@hkm.com <br> Email:  mkurshumova@hkm.com <br> *Attorneys for Plaintiff* | By:*/s/ Charity Felts* <br> CHARITY FELTS (Bar No. 10581) <br> 5420 Kietzke Lane, Suite 202 <br> Reno, NV 89511 <br> Telephone:775-687-2141 <br> Fax: 775-688-1822 <br> Email: cfelts@ag.nv.gov <br><br> By:*/s/ Gerald Tan* <br> GERALD L. TAN (Bar No. 13596) <br> Office of the Nevada Attorney General <br> 555 E. Washington Ave. #3900 <br> Las Vegas, NV 89101 <br> 702-486-3584 <br> Fax: 702-486-3768 <br> Email: gtan@ag.nv.gov |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 26, 2020